UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62321-CV-SMITH/VALLE

JOANN KAREN JOHNSON-DENNISON,

    Plaintiff,

v.

MARTIN O'MALLEY, COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 14], in which she recommends granting Plaintiff's [Unopposed] Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act [DE 13]. Accordingly, given the unopposed nature of the Motion and having reviewed the Report and Recommendation, Plaintiff's Motion, and the record, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge [DE 14] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act [DE 13] is **GRANTED**. Plaintiff is awarded $1,437.94 in attorney's fees and $402.00 in costs, to be paid to Plaintiff's counsel once the U.S. Department of the Treasury finds that Plaintiff owes no debt to the United States.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 5th day of June, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record